**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| LEVY BALDANTE FINNEY & RUBENSTEIN, P.C., PETITONER | : No. 126 EAL 2018<br>:<br>: |
| v. | : Petition for Allowance of Appeal from<br>: the Order of the Superior Court<br>:<br>: |
| WELLS FARGP BANK, N.A. AND TD BANK, N.A., | :<br>:<br>: |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.